May 14, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

VALERO ENERGY CORPORATION, VALERO REFINING COMPANY -
TENNESSEE, LLC AND THE PREMCOR REFINING GROUP, INC.,
Appellants

NO. 14-13-00075-CV                      V.

RICHARD CUEVAS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE
OF NICOLAS OSCAR CUEVAS AND DANIEL REYES CUEVAS,
INCAPACITATED; NICOLAS CUEVAS, MARIA CUEVAS, GUADALUPE
TORRES, BLANCA RODRIGUEZ AND LUIS SANTOS, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on January 16, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Valero Energy Corporation, Valero Refining Company - Tennessee, LLC and The Premcor Refining Group, Inc.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.